Certificate Number: 05781-VAE-DE-021317781

Bankruptcy Case Number: 13-71090



05781-VAE-DE-021317781

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 1, 2013</u>, at <u>2:54</u> o'clock <u>PM PDT</u>, <u>Rey Morales</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:  <u>July 1, 2013</u>                    By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>